UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 MAR 22  AM 10: 59
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19 mj 168 |
| Plaintiff, | |
| vs. | MAGISTRATE JUDGE OVINGTON |
| Derrick Tarrance, | |
| Defendant. | |

## SEALED ORDER TO SEAL

The Government having moved to seal the Criminal Complaint, Affidavit, and Arrest Warrant in this case, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that those documents, as well as the Government's motion and this Order, be sealed and not be opened unless by further Order of this Court.

_3-22-19_
DATE

_[signature]_
UNITED STATES MAGISTRATE JUDGE